## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **WACHOVIA BANK, N.A.** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:06CV269** |
| | § | |
| **GENOA WILLIAMS and** | § | |
| **SALLIE WILLIAMS** | § | **DEFENDANTS** |

### JUDGMENT BY DEFAULT PURSUANT TO FED. R. CIV. P. 55

THIS CAUSE came before the Court for consideration of Plaintiff's Motion for Default Judgment [8-1] against Defendants Genoa Williams and Sallie Williams, a/k/a Sallie Mae Williams.  Neither Defendant has filed a response.  After due consideration of the Motion, it is the Court's opinion that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the Plaintiffs' Motion for Default Judgment filed July 28, 2006, [8-1] pursuant to FED. R. CIV. P. 55, should be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED,** that the Plaintiff, Wachovia Bank N.A. shall recover of the Defendants, jointly and severally, the sum of $2,495,895.40 in compensatory damages plus $75,823.68 in prejudgment interest.

**IT IS FURTHER ORDERED AND ADJUDGED,** that the Plaintiff, Wachovia Bank N.A., shall recover of the Defendants, jointly and severally, the sum of $42,737.76 in attorney's fees.

**IT IS FURTHER ORDERED AND ADJUDGED,** that the Plaintiff shall recover of the Defendants, jointly and severally, interest on the total sum of $2,614,456.84 at the rate of 5.09% until paid in full.

**IT IS FURTHER ORDERED AND ADJUDGED** that execution or other appropriate process may issue for collection of this judgment.

**SO ORDERED AND ADJUDGED** this the 15th day of August, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE